# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAIMEON MOSLEY,

    Plaintiff,

v.

PETSMART, INC., a Delaware corporation,

    Defendant.

_____/

Case No. 2:18-cv-11645-VAR-EAS

Hon. Victoria A. Roberts

### NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)

PLEASE TAKE NOTICE that the above cause of action is dismissed in its entirety without prejudice.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
_____

Blackmore Law PLC
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Telephone: (248) 845-8594
E-mail: george@blackmorelawplc.com
P76942

Dated: July 3, 2018