UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAIMEON MOSLEY,

    Plaintiff,

v.                                        Case No. 18-11645

                                          Honorable Victoria A. Roberts

PETSMART, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal [Doc. 3], this case is **DISMISSED** without prejudice.

    **ORDERED.**

                                                    s/ Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United State District Judge

Dated:  7/12/18